# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 2:15-MJ-607** |
| **Plaintiff,** | **MAGISTRATE JUDGE KING** |
| **v.** | |
| **MATTHEW L. DAILEY,** | |
| **Defendant.** | |

## ORDER

The Government having moved to unseal the case, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that this case be **UNSEALED**.

s/Norah McCann King
**UNITED STATES MAGISTRATE JUDGE**

**October 2, 2015**
**Date**