United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                               Case No. 2:15-mj-607

Matthew L. Dailey

COURTROOM MINUTES
Initial Appearance

| U.S. Magistrate Judge Norah McCann King | | Date:   October 1, 2015 @ 4:30 p.m. | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Jessica Kim/Doug Squires |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Sam Shamansky |
| Interpreter | | Pretrial/Probation: | |
| Log In | 4:26 p.m. | Log Out | 4:33 p.m. |

Defendant advised of rights, charges, and penalties.

Defendant has retained counsel.

Government seeks detention.

Defendant waives Preliminary Exam & Detention Hearing.

Defendant remanded to USMS.