AO 442 (Rev. 11/11) Arrest Warrant

AUSAs KIM / SQUIRES

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

United States of America
v.

Matthew L. Dailey
*Defendant*

Case No. 2:15-mj-607

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew L. Dailey

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
violations of 18 U.S.C. 1951, Extortion Under the Color of Official Right; 21 U.S.C. 846, Conspiracy to Possess with Intent to Distribute a Controlled Substance (Oxycodone), a Schedule II Controlled Substance; and 18 U.S.C. 924c, Possession of a Firearm in Furtherance of a Qualifying Felony.

Date: 9/28/2015

*Issuing officer's signature*

N. M. KING

City and state: Columbus, OH

~~Terrence P. Kemp~~, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/1/15, and the person was arrested on *(date)* 10/1/15
at *(city and state)* Rock Creek, OH

Date: 10/1/15

*Arresting officer's signature*

FBI SA Dennis Kowalski
*Printed name and title*