# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 2:15-MJ-607 |
| | MAGISTRATE JUDGE KING |
| v. | |
| MATTHEW L. DAILEY, | |
| Defendant. | |

## SECOND JOINT MOTION FOR EXTENSION OF TIME DURING WHICH INDICTMENT/INFORMATION MUST BE FILED

The parties jointly and respectfully move this Court for an order extending the time for the return of an indictment or information, pursuant to 18 U.S.C. § 1361(b), for a period of thirty days. The parties submit that this continuance would best serve the interests of justice, 18 U.S.C. § 3161(h)(7), and that the time would be excludable pursuant to 18 U.S.C. § 3161(h)(1). Accordingly, the parties respectfully request an extension of the time within which an indictment or information may be filed in this case until December 30, 2015.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Samuel H. Shamansky

SAMUEL H. SHAMANSKY (0030772)
Counsel for Defendant
523 South Third Street
Columbus, Ohio 43215
Office: (614) 242-3939
Fax: (614) 242-3999
E-mail: shamanskyco@gmail.com

s/Jessica H. Kim

JESSICA H. KIM (0087831)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Office: (614) 469-5715
Fax: (614) 469-5653
E-mail: Jessica.Kim@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served this 30th day of November 2015, electronically on all counsel of record.

        s/Jessica H. Kim
        JESSICA H. KIM (0087831)
        Assistant United States Attorney