UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | CASE NO.  2:15-MJ-607 |
| | MAGISTRATE JUDGE KING |
| v. | |
| **MATTHEW L. DAILEY,** | |
| Defendant. | |

## ORDER

Upon the joint motion of the parties, and for the reasons set forth in their motion, the Court hereby finds that there is good cause shown to grant an extension of time in which to return an indictment or file an information, that the extension would best serve the interests of justice, and that the time would be excludable, pursuant to 18 U.S.C. § 3161(h)(7)(A). Accordingly, the Court hereby **GRANTS** an extension to December 30, 2015, in which to return an indictment or information, pursuant to 18 U.S.C. § 3161(b).

November 30, 2015                                                *S/Norah McCann King*
Date                                                                NORAH MCCANN KING
                                                                         UNITED STATES MAGISTRATE JUDGE